**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GREENWICH INSURANCE COMPANY,

              Plaintiff,

vs.

LION COLLIER RIDGE PROPERTY
OWNER, LLC, et al.,

              Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-02989-SEG

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the defendant Jackson Speidel's second motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia, this 31st day of October, 2025.

              KEVIN P. WEIMER
              CLERK OF COURT

              By:  s/ A. Edwards
                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 31, 2025
Kevin P. Weimer
Clerk of Court

By: s/  A. Edwards
     Deputy Clerk